IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBBIE N. WERTZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO. 11-3212 |

O R D E R

AND NOW, this 2nd day of February 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 8), Defendant's Response to Request for Review of Plaintiff (Doc. No. 10), Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Doc. No. 13), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 15), and the record before the Court, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for review is GRANTED, and the decision of the Commissioner of the Social Security Administration is VACATED.

3. The case is REMANDED to the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation.

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.